**United States District Court**
For the Northern District of California

*E-Filed 4/5/12*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CORNERSTONE STAFFING SOLUTIONS, INC., a California corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>LARRY THAXTER JAMES, an individual, et al.,<br><br>            Defendants. | No. CV 12-01527 RS<br><br>**ORDER RE *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

On April 4, 2012, the Court received an *ex parte* application for a temporary restraining order (TRO) from plaintiff in the above-captioned case. In consideration of the request, the Court hereby instructs the parties to appear in person at a hearing on the matter, to be held at **10 a.m. on Monday, April 9, 2012 in Courtroom 3, on the 17th Floor of the Phillip Burton Federal Building & United States Courthouse, 450 Golden Gate Avenue, San Francisco.** Consistent with Civil Local Rule 65-1(b) and Federal Rule of Civil Procedure 4, plaintiff is instructed to serve defendants personally with a copy of the complaint, plaintiff's *ex parte* application and supporting papers, and a copy of this Order, no later than **5 p.m. on Friday, April 6, 2012**. In the event plaintiff is unable to do so, it must promptly notify the Court.

IT IS SO ORDERED.

Dated: 4/5/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE