*E-Filed 4/10/12*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CORNERSTONE STAFFING SOLUTIONS, INC., a California corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>LARRY THAXTER JAMES, an individual, et al.,<br><br>          Defendants.<br>_____ / | No. CV 12-01527 RS<br><br>**ORDER OF CLARIFICATION** |

The prior order contained a typographical error that warrants correction: it is the moving party – *plaintiff*, rather than defendant – that must post the stated security interest of $100,000 with the Clerk of the Court before 4 p.m. on Wednesday, April 11, 2012.  In addition, for purposes of further clarification, the twenty-five page limit on the parties' briefing does not apply to supporting declarations and/or exhibits.

IT IS SO ORDERED.

Dated:  4/10/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE