Paul Marron, Esq., State Bar No. 128245
Mark J. Polland, Esq., State Bar No. 210657
MARRON LAWYERS
320 Golden Shore, Suite 410
Long Beach, CA 90802
Tel.: 562.432.7422
Fax: 562.432.8682
E-mail: pmarron@marronlaw.com
E-mail: mpolland@marronlaw.com

Attorneys for Defendants LARRY THAXTER
JAMES an individual

IN THE UNITED STATES DISCTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CORNERSTONE STAFFING SOLUTIONS, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LARRY THAXTER JAMES an individual; DAVID R. BATTON, an individual; TED MANNELLO, an individual; ANDRE DOUZDJIAN, an individual; MICHAEL SANTOS, an individual; MARCOS BARRERA, an individual; BATTON TECHNICAL ENGINEERING CONSULTANTS, INC., a Michigan corporation; BATTON DIVERSIFIED STAFFING SOLUTIONS, a Michigan corporation; HANBON-CARO I, LLC, a Michigan limited liability company a/k/a CARO I, LLC; HANBON -- MI I, LLC, a Michigan limited liability company d/b/a TECHNICAL ENGINEERING CONSULTANTS; HANBON - MI II, INC., a Michigan corporation d/b/a BATTON TECHNICAL ENGINEERING CONSULTANTS; HANBON -- MARLETTE, LLC, a Michigan limited liability company; HANBON - PA I, LLC a Pennsylvania limited liability company; HANBON - CT I, LLC a Connecticut limited liability company; TEC GROUP INC., a Michigan corporation d/b/a TEC GROUP ALSO d/b/a TEC-CHRYSLER; DEPLOY HR, INC., a Pennsylvania corporation d/b/a DEPLOY HR STAFFING, INC.; DEPLOYHR, INC., a California corporation d/b/a TEC ALSO d/b/a | Case No.: 3:12-cv-01527-RS<br><br>Assigned to Hon. Richard Seeborg<br><br>**STIPULATION AND [PROPOSED] ORDER RE PERSONAL APPEARANCE OF COUNSEL AT CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed: March 27, 2012<br><br>Hearing<br>Date: July 19, 2012<br>Time: 10:00 a.m.<br>Courtroom: 3 |

1

STIPULATION AND [PROPOSED ORDER] RE PERSONAL APPEARANCE OF PARTIES AT CASE
MANAGEMENT CONFERENCE

023773/2012-1070

| | |
|---|---|
| 1 | BATTON; and DOES 1- 100, |
| 2 | Defendants. |
| 3 | AND RELATED COUNTERCLAIMS |
| 4 | |

### RECITALS

WHEREAS Defendant Marcos Barrera ("Barrera") filed a request for his counsel to appear telephonically at the Case Management Conference ("CMC") in the above-entitled matter in the United States District Court, Northern District of California, on June 20, 2012;

WHEREAS on June 20, 2012, the Clerk in the above-entitled matter filed a notice that appearances for the CMC for **all counsel** would be by telephone only;

WHEREAS the parties signing below do not want to appear by phone and want to appear in person through their respective counsel;

WHEREAS Barrera wishes to rescind his request for telephonic appearance;

### STIPULATION

NOW, THEREFORE, IT IS HEREBY STIPULATED that the parties signing below request the court to permit personal appearances by counsel at the CMC on July 19, 2012, at 10:00 a.m. for any of the parties who so desire.

**IT IS SO STIPULATED.**

Dated: 6/25/12

FOR MARCOS BARRERA:

Signed: /s/ Philip Burkhardt
Philip Burkhardt
BURKHARDT & LARSON
Attorneys for DEFENDANT Marcos Barrera

///
///
///

2

STIPULATION AND [PROPOSED ORDER] RE PERSONAL APPEARANCE OF PARTIES AT CASE MANAGEMENT CONFERENCE

023773/2012-1070

FOR LARRY THAXTER JAMES:

Dated: 6/27/12

Signed: /s/ Paul M.
Paul Marron
MARRON LAWYERS
Attorneys for DEFENDANT Larry Thaxter James

FOR ANDRE DOUZDJIAN:

Dated: 6/27/12

Signed: /s/ Paul M.
Paul Marron
MARRON LAWYERS
Attorneys for DEFENDANT Andre Douzdjian

FOR MICHAEL SANTOS:

Dated: 6/26/12

Signed: /s/ Briny A. Woods
Briny A. Woods
WOODS LAW GROUP, APC
Attorneys for DEFENDANT Michael Santos

FOR DAVID R. BATTON:

Dated: 6/27/12

Signed: /s/ Paul M.
Paul Marron
MARRON LAWYERS
Attorneys for DEFENDANT David R. Batton

FOR BATTON TECHNICAL ENGINEERING CONSULTANTS, INC.:

Dated: 6/27/12

Signed: /s/ Paul M.
Paul Marron
MARRON LAWYERS
Attorneys for DEFENDANT Batton Technical Engineering Consultants, Inc.

STIPULATION AND [PROPOSED] ORDER] RE PERSONAL APPEARANCE OF PARTIES AT CASE MANAGEMENT CONFERENCE

023773/2012-1070

FOR BATTON DIVERSIFIED STAFFING SOLUTIONS:

Dated: 6/27/12           Signed: /s/ Paul Marron
                         Paul Marron
                         MARRON LAWYERS
                         Attorneys for DEFENDANT Batton
                         Diversified Staffing Solutions

FOR HANBON CARO I, LLC:

Dated: 6/27/12           Signed: /s/ Paul Marron
                         Paul Marron
                         MARRON LAWYERS
                         Attorneys for DEFENDANT Hanbon
                         Caro I, LLC

FOR HANBON MI I, LLC:

Dated: 6/27/12           Signed: /s/ Paul Marron
                         Paul Marron
                         MARRON LAWYERS
                         Attorneys for DEFENDANT Hanbon
                         MI I, LLC

FOR HANBON MI II, LLC:

Dated: 6/27/12           Signed: /s/ Paul Marron
                         Paul Marron
                         MARRON LAWYERS
                         Attorneys for DEFENDANT Hanbon
                         MI II, LLC

FOR HANBON MARLETTE I, LLC:

Dated: 6/27/12           Signed: /s/ Paul Marron
                         Paul Marron
                         MARRON LAWYERS
                         Attorneys for DEFENDANT Hanbon
                         Marlette, LLC

4

STIPULATION AND [~~PROPOSED~~ ORDER] RE PERSONAL APPEARANCE OF PARTIES AT CASE MANAGEMENT CONFERENCE

023773/2012-1070

FOR HANBON PA I, LLC:

Dated: 6/27/12

Signed: /s/ Paul Marron
Paul Marron
MARRON LAWYERS
Attorneys for DEFENDANT
Hanbon PA I, LLC

FOR HANBON CT I, LLC:

Dated: 6/26/12

Signed: /s/ Briny A. Woods
Briny A. Woods
WOODS LAW GROUP, APC
Attorneys for DEFENDANT Hanbon
CT I, LLC

FOR DEPLOY HR, INC.:

Dated: 6/27/12

Signed: /s/ Paul Marron
Paul Marron
MARRON LAWYERS
Attorneys for DEFENDANT Deploy
HR, Inc.

FOR TEC GROUP, INC.:

Dated: 6/27/12

Signed: /s/ Paul Marron
Paul Marron
MARRON LAWYERS
Attorneys for DEFENDANT TEC
Group, Inc.

FOR DEPLOYHR, INC.:

Dated: 6/27/12

Signed: /s/ Paul Marron
Paul Marron
MARRON LAWYERS
Attorneys for DEFENDANT
DeployHR, Inc.

5

STIPULATION AND [~~PROPOSED~~ ORDER] RE PERSONAL APPEARANCE OF PARTIES AT CASE MANAGEMENT CONFERENCE

023773/2012-1070

## [PROPOSED] ORDER

Pursuant to the Stipulation, it is SO ORDERED.

Dated: 6/28/12

*[signature]*

HON. RICHARD SEEBORG
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND [PROPOSED ORDER] RE PERSONAL APPEARANCE OF PARTIES AT CASE MANAGEMENT CONFERENCE

023773/2012-1070