IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CORNERSTONE STAFFING SOLUTIONS, INC., <br><br> Plaintiff, <br> v. <br> LARRY THAXTER JAMES, et al., <br><br> Defendants. _____ / | No. C 12-01527 RS <br><br> **CASE MANAGEMENT SCHEDULING ORDER** |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on July 19, 2012.  After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1. ALTERNATIVE DISPUTE RESOLUTION.

SETTLEMENT CONFERENCE.  This matter is referred to a magistrate judge for the purpose of completing a settlement conference within 120 days of the issuance of this order depending upon the schedule of the assigned Magistrate Judge.  The parties shall promptly notify the Court whether the case is resolved at the conference.

2. DISCOVERY.  On or before August 23, 2013, all non-expert discovery shall be completed by the parties.

3. EXPERT WITNESSES.  On or before June 28, 2013, all expert discovery shall be completed by the parties.

4.     FURTHER CASE MANAGEMENT CONFERENCE.  A further case management conference shall be held on **November 8, 2012 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

5.     PRETRIAL MOTIONS.  All pretrial motions must be filed and served pursuant to Civil Local Rule 7.  All pretrial motions shall be heard no later than August 22, 2013.

6.     PRETRIAL STATEMENTS.  At a time convenient to both, counsel shall meet and confer to discuss preparation of a joint pretrial statement, and on or before October 3, 2013, counsel shall file a Joint Pretrial Statement.

7.     PRETRIAL CONFERENCE.  The final pretrial conference will be held on **October 17, 2013 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  Each party or lead counsel who will try the case shall attend personally.

8.     TRIAL DATE.  Trial shall commence on **October 28, 2013 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

DATED:  7/20/12

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER

2