[PROPOSED] ORDER

Pursuant to the foregoing stipulation of the Parties, the Court orders as follows:

1.  The date for the hearing on Defendants' motions to dismiss Plaintiff CornerStone Staffing Solutions, Inc.'s ("CornerStone") First Amended Complaint ("FAC") in the above-entitled matter is continued from October 25, 2012 at 1:30 p.m., to November 15, 2012 at 1:30 p.m.

2.  The deadlines for filing and serving oppositions and replies under the applicable rules are continued accordingly, with the deadline for CornerStone to file and serve its oppositions continued to October 23, 2012.

**IT IS SO ORDERED.**

Date:  9/24/12

The Honorable Richard Seeborg
Judge of the United States District Court

HFB 1186715.1 C7662017

1

024486/2012-1070