**HILL, FARRER & BURRILL LLP**
Neil D. Martin (Bar No. 094121)
    Email: nmartin@hillfarrer.com
Clayton J. Hix (Bar No. 236718)
    Email: chix@hillfarrer.com
One California Plaza, 37th Floor
300 South Grand Avenue
Los Angeles, CA  90071-3147
Telephone:  (213) 620-0460
Fax:  (213) 624-4840

Attorneys for Plaintiff/Counter-Defendant
CornerStone Staffing Solutions, Inc. and
Counter-Defendant Mary Anderson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT—SAN FRANCISCO DIVISION

| | |
|---|---|
| CORNERSTONE STAFFING SOLUTIONS, INC., a California corporation,<br><br>              Plaintiff,<br><br>     vs.<br><br>LARRY THAXTER JAMES, an individual; *et al*.,<br><br>              Defendants.<br>_____<br>AND RELATED COUNTER-CLAIMS | CASE NO.  C12-01527 RS<br><br>**ORDER RE: PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE SETTLEMENT CONFERENCE TO ACCOMMODATE MEDICAL PROCEDURE OF PLAINTIFF'S PRINCIPAL, MARY ANDERSON AS MODIFIED BY THE COURT**<br><br>Complaint Filed:   March 27, 2012<br>Trial Date:             October 28, 2013 |

C12-01527 RS

[PROPOSED] ORDER ON PLAINTIFF'S EX PARTE APPLICATION FOR CONTINUANCE OF SETTLEMENT CONFERENCE

Having considered CornerStone Staffing Solutions, Inc.'s and Mary Anderson's (collectively, "CornerStone") ex parte application to continue the settlement conference, Larry James' Opposition thereto, and the additional related papers filed by the parties, the application is granted.  It is hard to tell which is more disappointing—Cornerstone's lack of candor in seeking to reschedule the settlement conference after repeated delays or James' lack of empathy in opposing the requested continuance after learning of the reason why it was necessary.  To be successful, Alternative dispute resolution should be approached in a spirit of cooperation and openness.

(1)   The settlement conference currently scheduled for November 9, 2012 with Judge Vadas shall be rescheduled for a mutually agreeable date on or before December 19, 2012.  The parties shall meet and confer in good faith to select a new date.

(2)   The Case Management Conference currently set for November 8, 2012 is continued to December 20, 2012 at 10:00 a.m. in Courtroom 3 of the above-captioned court.

DATED: 10/16/12

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

- 2 -

C12-01527 RS

[PROPOSED] ORDER ON PLAINTIFF'S EX PARTE APPLICATION FOR CONTINUANCE OF SETTLEMENT CONFERENCE