Paul Marron, Esq., State Bar No. 128245
Mark J. Polland, Esq., State Bar No. 210657
MARRON LAWYERS
320 Golden Shore, Suite 410
Long Beach, CA 90802
Tel.: 562.432.7422
Fax: 562.432.8682
E-mail: pmarron@marronlaw.com
E-mail: mpolland@marronlaw.com

Attorneys for LARRY JAMES;
DAVID R. BATTON; ANDRE DOUZDJIAN;
BATTON TECHNICAL ENGINEERING
CONSULTANTS, INC.; BATTON, INC.;
HANBON -- CARO I, LLC; HANBON --
MI I, LLC; HANBON MI II, INC.; HANBON --
MARLETTE, LLC; HANBON -- PA I, LLC;
TEC GROUP, INC.; DEPLOY HR, INC.;
DEPLOYHR, INC.

# IN THE UNITED STATES DISCTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CORNERSTONE STAFFING SOLUTIONS, INC., a California Corporation,<br><br>    Plaintiff,<br><br>  vs.<br><br>LARRY THAXTER JAMES an individual; DAVID R. BATTON, an individual; TED MANNELLO, an individual; ANDRE DOUZDJIAN, an individual; MICHAEL SANTOS, an individual; MARCOS BARRERA, an individual; BATTON TECHNICAL ENGINEERING CONSULTANTS, INC., a Michigan corporation; BATTON DIVERSIFIED STAFFING SOLUTIONS, a Michigan corporation; HANBON-CARO I, LLC, a Michigan limited liability company a/k/a CARO I, LLC; HANBON -- MI I, LLC, a Michigan limited liability company d/b/a TECHNICAL ENGINEERING CONSULTANTS; HANBON - MI II, INC., a Michigan corporation d/b/a BATTON TECHNICAL ENGINEERING CONSULTANTS; HANBON -- MARLETTE, LLC, a Michigan limited liability company; HANBON - PA I, LLC a Pennsylvania limited liability company; HANBON - CT I, LLC a | Case No.: 3:12-cv-01527-RS<br><br>Assigned to Hon. Richard Seeborg<br><br>**STIPULATION TO ADVANCE THE DATE FOR THE HEARING ON THE NEXT CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER**<br><br>Complaint Filed: March 27, 2012<br>Trial Date:   October 28, 2013 |

1

1  Connecticut limited liability company; TEC GROUP
2  INC., a Michigan corporation d/b/a TEC GROUP
   ALSO d/b/a TEC-CHRYSLER; DEPLOY HR,
   INC., a Pennsylvania corporation d/b/a DEPLOY
3  HR STAFFING, INC.; DEPLOYHR, INC., a
   California corporation d/b/a TEC ALSO d/b/a
4  BATTON; and DOES 1- 100,

5          Defendants.

6

7

8                           **STIPULATION**

9          The parties signing below acknowledge the following:

10         1.      The Court recently ordered a continuance of the date for the hearing on

11  Defendants' motions to dismiss CornerStone Staffing Solutions, Inc.'s ("CornerStone") First

12  Amended Complaint ("FAC") in the above-entitled matter from November 15, 2012 to December

13  13, 2012, at 1:30 p.m.   In addition, the Court ordered all parties to appear in person for that

14  hearing.

15         2.      The current date for the next Case Management Conference ("CMC") in this matter

16  is set for December 20, 2012.   The CMC was set for that date in order to allow time for the

17  Settlement Conference among the parties to be completed prior to the CMC.

18         3.      The Settlement Conference is scheduled with the Honorable Magistrate Vadas in

19  San Francisco for November 30, 2012.

20  ///

21  ///

22  ///

23

24

25

26

27

28

026146/2012-1070

1   Based on the foregoing, the parties signing below stipulate and respectfully request the

2   Court to advance the CMC from December 20, 2012, to December 13, 2012, at 1:30 p.m. to

3   consolidate the CMC on the same date as the hearing on the motions to dismiss and avoid another

4   hearing on the following week.  Because the Settlement Conference will proceed on November 30,

5   it will be completed well in advance of the December 13 hearing date.

6       **IT IS SO STIPULATED.**

7                                                   MARRON LAWYERS

8   Dated: *11·8·12*                                Signed: _____
                                                        PAUL MARRON
9                                                       MARK POLLAND
                                                        Attorneys for Defendants LARRY JAMES;  DAVID
10                                                      R. BATTON; ANDRE DOUZDJIAN; BATTON
                                                        TECHNICAL ENGINEERING CONSULTANTS,
11                                                      INC.; BATTON, INC.; HANBON -- CARO I, LLC;
                                                        HANBON -- MI I, LLC; HANBON MI II, INC.;
12                                                      HANBON -- MARLETTE, LLC; HANBON -- PA
                                                        I, LLC; TEC GROUP, INC.; DEPLOY HR, INC.;
13                                                      DEPLOYHR, INC.

14

15                                                  WOODS LAW GROUP

16  Dated: _____                          Signed: _____
                                                        BRINY WOODS
17                                                      Attorneys for Defendant MICHAEL SANTOS and
                                                        HANBON – CT I, LLC
18

19                                                  BURKHARDT & LARSON

20
    Dated: _____                          Signed: _____
21                                                      PHILIP BURKHARDT
                                                        Attorneys for Defendant MARCOS BARRERA
22
                                                    HILL, FARRER & BURRILL LLP
23

24
    Dated: _____                          Signed: _____
25                                                      NEIL MARTIN
                                                        CLAYTON HIX
26                                                      Attorneys for Plaintiff CORNERSTONE
                                                        STAFFING SOLUTIONS, INC. and Counter-
27                                                      Defendant MARY ANDERSON

28

                                        3

1  Based on the foregoing, the parties signing below stipulate and respectfully request the

2  Court to advance the CMC from December 20, 2012, to December 13, 2012, at 1:30 p.m. to

3  consolidate the CMC on the same date as the hearing on the motions to dismiss and avoid another

4  hearing on the following week.  Because the Settlement Conference will proceed on November 30,

5  it will be completed well in advance of the December 13 hearing date.

6  **IT IS SO STIPULATED.**

7  MARRON LAWYERS

8  Dated: _____          Signed: _____
                                        PAUL MARRON
9                                       MARK POLLAND
                                        Attorneys for Defendants LARRY JAMES;  DAVID
10                                      R. BATTON; ANDRE DOUZDJIAN; BATTON
                                        TECHNICAL ENGINEERING CONSULTANTS,
11                                      INC.; BATTON, INC.; HANBON -- CARO I, LLC;
                                        HANBON -- MI I, LLC; HANBON MI II, INC.;
12                                      HANBON -- MARLETTE, LLC; HANBON -- PA
                                        I, LLC; TEC GROUP, INC.; DEPLOY HR, INC.;
13                                      DEPLOYHR, INC.

14

15  WOODS LAW GROUP

16  Dated: 11/8/12          Signed: _____
                                        BRINY WOODS
17                                      Attorneys for Defendant MICHAEL SANTOS and
                                        HANBON – CT I, LLC
18

19  BURKHARDT & LARSON

20

21  Dated: _____          Signed: _____
                                        PHILIP BURKHARDT
22                                      Attorneys for Defendant MARCOS BARRERA

23  HILL, FARRER & BURRILL LLP

24

25  Dated: _____          Signed: _____
                                        NEIL MARTIN
26                                      CLAYTON HIX
                                        Attorneys for Plaintiff CORNERSTONE
27                                      STAFFING SOLUTIONS, INC. and Counter-
                                        Defendant MARY ANDERSON

28

3

1    Based on the foregoing, the parties signing below stipulate and respectfully request the

2  Court to advance the CMC from December 20, 2012, to December 13, 2012, at 1:30 p.m. to

3  consolidate the CMC on the same date as the hearing on the motions to dismiss and avoid another

4  hearing on the following week.  Because the Settlement Conference will proceed on November 30,

5  it will be completed well in advance of the December 13 hearing date.

6    **IT IS SO STIPULATED.**

7                                           MARRON LAWYERS

8  Dated: _____        Signed: _____
                                           PAUL MARRON
9                                           MARK POLLAND
                                           Attorneys for Defendants LARRY JAMES;  DAVID
10                                          R. BATTON; ANDRE DOUZDJIAN; BATTON
                                           TECHNICAL ENGINEERING CONSULTANTS,
11                                          INC.; BATTON, INC.; HANBON -- CARO I, LLC;
                                           HANBON -- MI I, LLC; HANBON MI II, INC.;
12                                          HANBON -- MARLETTE, LLC; HANBON -- PA
                                           I, LLC; TEC GROUP, INC.; DEPLOY HR, INC.;
13                                          DEPLOYHR, INC.

14
                                           WOODS LAW GROUP
15

16  Dated: _____        Signed: _____
                                           BRINY WOODS
17                                          Attorneys for Defendant MICHAEL SANTOS and
                                           HANBON – CT I, LLC
18

19                                          BURKHARDT & LARSON

20
    Dated: *11/8/12*          Signed: _____
21                                          PHILIP BURKHARDT
                                           Attorneys for Defendant MARCOS BARRERA
22

23                                          HILL, FARRER & BURRILL LLP

24

25  Dated: _____        Signed: _____
                                           NEIL MARTIN
                                           CLAYTON HIX
26                                          Attorneys for Plaintiff CORNERSTONE
                                           STAFFING SOLUTIONS, INC. and Counter-
27                                          Defendant MARY ANDERSON

28

                                           3

1         Based on the foregoing, the parties signing below stipulate and respectfully request the

2    Court to advance the CMC from December 20, 2012, to December 13, 2012, at 1:30 p.m. to

3    consolidate the CMC on the same date as the hearing on the motions to dismiss and avoid another

4    hearing on the following week.  Because the Settlement Conference will proceed on November 30,

5    it will be completed well in advance of the December 13 hearing date.

6          **IT IS SO STIPULATED.**

7                        MARRON LAWYERS

8    Dated: _____        Signed: _____

9                         PAUL MARRON
                          MARK POLLAND

10                        Attorneys for Defendants LARRY JAMES;  DAVID
                          R. BATTON; ANDRE DOUZDJIAN; BATTON
                          TECHNICAL ENGINEERING CONSULTANTS,

11                        INC.; BATTON, INC.; HANBON -- CARO I, LLC;
                          HANBON -- MI I, LLC; HANBON MI II, INC.;

12                        HANBON -- MARLETTE, LLC; HANBON -- PA
                          I, LLC; TEC GROUP, INC.; DEPLOY HR, INC.;

13                        DEPLOYHR, INC.

14

15                       WOODS LAW GROUP

16   Dated: _____        Signed: _____

17                        BRINY WOODS
                          Attorneys for Defendant MICHAEL SANTOS and
                          HANBON – CT I, LLC

18

19                       BURKHARDT & LARSON

20

21   Dated: _____        Signed: _____
                          PHILIP BURKHARDT

22                        Attorneys for Defendant MARCOS BARRERA

23                       HILL, FARRER & BURRILL LLP

24

25   Dated: 11/8/12        Signed: _____
                          NEIL MARTIN

26                        CLAYTON HIX
                          Attorneys for Plaintiff CORNERSTONE

27                        STAFFING SOLUTIONS, INC. and Counter-
                          Defendant MARY ANDERSON

28

                                   3

1

2
**[~~PROPOSED~~] ORDER**

3
       Pursuant to the foregoing stipulation, the Court orders that the date for the Case

4
Management Conference in the above-entitled matter is advanced from December 20, 2012 to

5
December 13, 2012 at 1:30 p.m.  The December 20, 2012 date is vacated.

6
       **IT IS SO ORDERED.**

7

8

9
Date: _11/9/12_____        _____
                                    The Honorable Richard Seeborg
                                    Judge of the United States District Court

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    1

026146/2012-1070          **[~~PROPOSED~~] ORDER TO ADVANCE THE CASE MANAGEMENT CONFERENCE**