Paul Marron, Esq., State Bar No. 128245
Mark J. Polland, Esq., State Bar No. 210657
MARRON LAWYERS
320 Golden Shore, Suite 410
Long Beach, CA 90802
Tel.: 562.432.7422
Fax: 562.432.8682
E-mail: pmarron@marronlaw.com
E-mail: mpolland@marronlaw.com

Attorneys for LARRY JAMES;
DAVID R. BATTON; ANDRE DOUZDJIAN;
BATTON TECHNICAL ENGINEERING
CONSULTANTS, INC.; BATTON, INC.;
HANBON -- CARO I, LLC; HANBON --
MI I, LLC; HANBON MI II, INC.; HANBON --
MARLETTE, LLC; HANBON -- PA I, LLC;
TEC GROUP, INC.; DEPLOY HR, INC.;
DEPLOYHR, INC.

IN THE UNITED STATES DISCTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CORNERSTONE STAFFING SOLUTIONS, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LARRY THAXTER JAMES an individual; DAVID R. BATTON, an individual; TED MANNELLO, an individual; ANDRE DOUZDJIAN, an individual; MICHAEL SANTOS, an individual; MARCOS BARRERA, an individual; BATTON TECHNICAL ENGINEERING CONSULTANTS, INC., a Michigan corporation; BATTON DIVERSIFIED STAFFING SOLUTIONS, a Michigan corporation; HANBON-CARO I, LLC, a Michigan limited liability company a/k/a CARO I, LLC; HANBON -- MI I, LLC, a Michigan limited liability company d/b/a TECHNICAL ENGINEERING CONSULTANTS; HANBON - MI II, INC., a Michigan corporation d/b/a BATTON TECHNICAL ENGINEERING CONSULTANTS; HANBON -- MARLETTE, LLC, a Michigan limited liability company; HANBON - PA I, LLC a Pennsylvania | Case No.: 3:12-cv-01527-RS<br><br>Assigned to Hon. Richard Seeborg<br><br>**STIPULATION FOR TIMING OF EXPERT DISCLOSURES, COMPLETION OF EXPERT DISCOVERY, AND [PROPOSED] ORDER**<br><br>Complaint Filed: March 27, 2012<br>Trial Date: October 28, 2013 |

1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | limited liability company; HANBON - CT I, LLC a Connecticut limited liability company; TEC GROUP INC., a Michigan corporation d/b/a TEC GROUP ALSO d/b/a TEC-CHRYSLER; DEPLOY HR, INC., a Pennsylvania corporation d/b/a DEPLOY HR STAFFING, INC.; DEPLOYHR, INC., a California corporation d/b/a TEC ALSO d/b/a BATTON; and DOES 1- 100,<br><br>        Defendants. |

## STIPULATION

The parties signing below acknowledge the following:

1. In the initial Joint Case Management Statement in this matter (Document #46), the parties indicated that they were amenable to setting the date for expert disclosures 120 days before trial.

2. In the Supplemental Joint Case Management Statement in this matter (Document #93), the parties indicated that they were amenable to setting the date for completion of expert discovery on June 28, 2013. That was an inadvertent error. June 28 is approximately 120 days before trial. The parties intended to set that date for expert disclosures, not for the completion of expert discovery. That date is too early to allow sufficient time for the completion of expert discovery in this matter.

3. The parties stipulate to setting the date for expert disclosures on June 28, 2013.

///

///

///

4. The parties stipulate to setting the date for completion of expert discovery on August 23, 2013, commensurate with the completion of non-expert discovery.

**IT IS SO STIPULATED.**

MARRON LAWYERS

Dated: 1·22·13  Signed: _____
PAUL MARRON
MARK POLLAND
Attorneys for Defendants LARRY JAMES; DAVID R. BATTON; ANDRE DOUZDJIAN; BATTON TECHNICAL ENGINEERING CONSULTANTS, INC.; BATTON, INC.; HANBON -- CARO I, LLC; HANBON -- MI I, LLC; HANBON MI II, INC.; HANBON -- MARLETTE, LLC; HANBON -- PA I, LLC; TEC GROUP, INC.; DEPLOY HR, INC.; DEPLOYHR, INC.

HILL, FARRER & BURRILL LLP

Dated: 1/25/13  Signed: _____
NEIL MARTIN
CLAYTON HIX
Attorneys for Plaintiff CORNERSTONE STAFFING SOLUTIONS, INC. and Counter-Defendant MARY ANDERSON

BURKHARDT & LARSON

Dated: _____  Signed: _____
PHILIP BURKHARDT
Attorneys for Defendant MARCOS BARRERA

WOODS LAW GROUP

Dated: 1/22/13  Signed: _____
BRINY WOODS
Attorneys for Defendant MICHAEL SANTOS and HANBON -- CT I, LLC

3

Case No. 3:12-cv-01527-RS
STIPULATION TO SET DATES FOR EXPERT DISCLOSURES

4. The parties stipulate to setting the date for completion of expert discovery on August 23, 2013, commensurate with the completion of non-expert discovery.

IT IS SO STIPULATED.

MARRON LAWYERS

Dated: 1-22-13        Signed: _____
PAUL MARRON
MARK POLLAND
Attorneys for Defendants LARRY JAMES; DAVID R. BATTON; ANDRE DOUZDJIAN; BATTON TECHNICAL ENGINEERING CONSULTANTS, INC.; BATTON, INC.; HANBON -- CARO I, LLC; HANBON -- MI I, LLC; HANBON MI II, INC.; HANBON -- MARLETTE, LLC; HANBON -- PA I, LLC; TEC GROUP, INC.; DEPLOY HR, INC.; DEPLOYHR, INC.

HILL, FARRER & BURRILL LLP

Dated: _____        Signed: _____
NEIL MARTIN
CLAYTON HIX
Attorneys for Plaintiff CORNERSTONE STAFFING SOLUTIONS, INC. and Counter-Defendant MARY ANDERSON

BURKHARDT & LARSON

Dated: 1/22/13        Signed: _____
PHILIP BURKHARDT
Attorneys for Defendant MARCOS BARRERA

WOODS LAW GROUP

Dated: _____        Signed: _____
BRINY WOODS
Attorneys for Defendant MICHAEL SANTOS and HANBON – CT I, LLC

3

Case No. 3:12-cv-01527-RS
STIPULATION TO SET DATES FOR EXPERT DISCLOSURES

# [PROPOSED] ORDER

Pursuant to the foregoing stipulation, the Court orders that:

1. The date for expert disclosures is on June 28, 2013.
2. The date for completion of expert discovery is on August 23, 2013, commensurate with the completion of non-expert discovery.

**IT IS SO ORDERED.**

Date: 2/6/13

_____
The Honorable Richard Seeborg
Judge of the United States District Court