IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CORNERSTONE STAFFING SOLUTIONS, INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>LARRY THAXTER JAMES, an individual; *et al.*,<br><br>    Defendants.<br>_____<br><br>AND RELATED COUNTER-CLAIMS<br>_____/ | No. C 12-01527 RS<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

Pursuant to Civil Local Rule 72-2, plaintiff Cornerstone Staffing Solutions is ordered to file its opposition, if any, to defendant Larry James' motion for relief from a nondispositive pretrial order of a magistrate judge by Friday, February 15, 2013.  James may file a reply brief of no more than two pages by Wednesday, February 20, 2013, if he so chooses.

IT IS SO ORDERED.

Dated: 2/7/13

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE