UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNERSTONE STAFFING SOLUTIONS, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>LARRY THAXTER JAMES, an individual; DAVID R. BATTON, an individual, ANDRE DOUZDJIAN, an individual; MICHAEL SANTOS, an individual; MARCOS BARRERA, an individual; BATTON TECHNICAL ENGINEERING CONSULTANTS, INC., a Michigan corporation; BATTON, INC., a Michigan corporation a/k/a BATTON DIVERSIFIED STAFFING SOLUTIONS; HANBON – CARO I, LLC, a Michigan limited liability company a/k/a CARO I, LLC; HANBON – MI I, LLC, a Michigan limited liability company d/b/a TECHNICAL ENGINEERING CONSULTANTS; HANBON – MI II, INC., a Michigan corporation d/b/a BATTON TECHNICAL ENGINEERING CONSULTANTS; HANBON – MARLETTE, LLC, a Michigan limited liability company a/k/a HANBON – MARLETTE I, LLC; HANBON – PA I, LLC, a Pennsylvania limited liability company; HANBON – CT I, LLC, a Connecticut limited liability company; TEC GROUP, INC., a Michigan corproation d/b/a TEC GROUP also d/ba | CASE NO. 3:12-CV-01527-RS<br><br>[*Assigned to the Hon. Richard Seeborg, judge presiding in Courtroom 3*]<br><br>[PROPOSED] **ORDER GRANTING STIPULATION TO CONTINUE TRIAL AND MODIFY THE JULY 20, 2013 CASE MANAGEMENT SCHEDULING ORDER** |

| | | |
|---|---|---|
| 1 | TEC-CHRYSLER; DEPLOY HR ) | Filing Date: March 27, 2012 |
| 2 | STAFFING, INC.; DEPLOYHR, INC., a ) California corporation a/d/b TEC also ) | Trial Date: October 28, 2013 |
| 3 | d/b/a BATTON; and DOES 1-100. ) ) |  |
| 4 | Defendants. ) ) |  |

AND RELATED CROSS-ACTIONS

Pursuant to the Stipulation by and between the Parties to the above-entitled action to continue trial and modify the July 20, 2013 Case Management Scheduling Order and for Good Cause, the Court orders as follows:

1. The Parties shall produce written expert reports pursuant to *Federal Rule of Civil Procedure* §26(a)(2)(B) by September 27, 2013.
2. All non-expert discovery shall be completed by November 22, 2013.
3. All expert discovery shall be completed by December 20, 2013.
4. Counsel for the Parties shall file a Joint Pre-trial Statement by January ~~9~~, 23, 2014.
5. The final Pre-trial Conference shall be held on January ~~16~~, 30, 2014.
6. Trial shall commence on ~~January 27,~~ February 10, 2014 or a date as convenient with the Court's schedule.

DATED: 6/21/13

*[signature]*

UNITED STATES DISTRICT JUDGE