1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  CORNERSTONE STAFFING<br>    SOLUTIONS, INC., a California<br>12  corporation,<br>13              Plaintiff,<br>14       vs.<br>15  LARRY THAXTER JAMES, an<br>    individual; DAVID R. BATTON, an<br>16  individual, ANDRE DOUZDJIAN, an<br>    individual; MICHAEL SANTOS, an<br>17  individual; MARCOS BARRERA, an<br>    individual; BATTON TECHNICAL<br>18  ENGINEERING CONSULTANTS, INC.,<br>    a Michigan corporation; BATTON, INC.,<br>19  a Michigan corporation a/k/a BATTON<br>    DIVERSIFIED STAFFING<br>20  SOLUTIONS; HANBON – CARO I,<br>    LLC, a Michigan limited liability<br>21  company a/k/a CARO I, LLC; HANBON<br>    – MI I, LLC, a Michigan limited liability<br>22  company d/b/a TECHNICAL<br>    ENGINEERING CONSULTANTS;<br>23  HANBON – MI II, INC., a Michigan<br>    corporation d/b/a BATTON<br>24  TECHNICAL ENGINEERING<br>    CONSULTANTS; HANBON –<br>25  MARLETTE, LLC, a Michigan limited<br>    liability company a/k/a HANBON –<br>26  MARLETTE I, LLC; HANBON – PA I,<br>    LLC, a Pennsylvania limited liability<br>27  company; HANBON – CT I, LLC, a<br>    Connecticut limited liability company;<br>28  TEC GROUP, INC., a Michigan<br>    corproation d/b/a TEC GROUP also d/ba | CASE NO. 3:12-CV-01527-RS<br><br>*[Assigned to the Hon. Richard Seeborg, judge presiding in Courtroom 3]*<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE TRIAL AND MODIFY THE JULY 20, 2013 CASE MANAGEMENT SCHEDULING ORDER** |

| | | |
|---|---|---|
| 1 | TEC-CHRYSLER; DEPLOY HR STAFFING, INC.; DEPLOYHR, INC., a California corporation a/d/b TEC also d/b/a BATTON; and DOES 1-100. ) ) ) ) ) ) ) ) ) ) ) ) ) | Filing Date:  March 27, 2012<br>Trial Date:    October 28, 2013 |
| 2 | | |
| 3 | Defendants. | |
| 4 | | |
| 5 | AND RELATED CROSS-ACTIONS | |
| 6 | | |

Pursuant to the Stipulation by and between the Parties to the above-entitled action to continue trial and modify the July 20, 2013 Case Management Scheduling Order and for Good Cause, the Court orders as follows:

1. The Parties shall produce written expert reports pursuant to *Federal Rule of Civil Procedure* §26(a)(2)(B) by September 27, 2013.

2. All non-expert discovery shall be completed by November 22, 2013.

3. All expert discovery shall be completed by December 20, 2013.

4. Counsel for the Parties shall file a Joint Pre-trial Statement by January ~~9~~ 23, 2014.

5. The final Pre-trial Conference shall be held on January ~~16~~ 30, 2014.

6. Trial shall commence on ~~January 27,~~ February 10, 2014 or a date as convenient with the Court's schedule.

DATED: 6/21/13

_____
UNITED STATES DISTRICT JUDGE