HILL, FARRER & BURRILL LLP
Neil D. Martin (Bar No. 094121)
   Email: nmartin@hillfarrer.com
Clayton J. Hix (Bar No. 236718)
   Email: chix@hillfarrer.com
William A. Meyers (Bar No. 266322)
   Email: wmeyers@hillfarrer.com
One California Plaza, 37th Floor
300 South Grand Avenue
Los Angeles, CA 90071-3147
Telephone: (213) 620-0460
Fax: (213) 624-4840

Attorneys for Plaintiff/Counter-Defendant
CornerStone Staffing Solutions, Inc., and
Counter-Defendant Mary Anderson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT - SAN FRANCISCO DIVISION

| | |
|---|---|
| CORNERSTONE STAFFING SOLUTIONS, INC., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>LARRY THAXTER JAMES, an individual; et al.,<br><br>    Defendants.<br><br>AND RELATED COUNTER-CLAIMS. | CASE NO. 12-cv-01527-RS<br><br>[Assigned to Hon. Richard Seeborg]<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO RESPOND TO MARCOS BARRERA SUMMARY JUDGMENT MOTION**<br><br>Date:     October 3, 2013<br>Time:    1:30 p.m.<br>Location: Courtroom 3<br><br>Complaint Filed: March 27, 2012<br>Trial Date:     February 10, 2014 |

## STIPULATION

WHEREAS, on August 23, 2013, Defendant Marcos Barrera ("Barrera") filed a Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment [dtk. # 186] (the "Barrera MSJ"), in the above-entitled matter;

WHEREAS, the current deadline for Plaintiff Cornerstone Staffing Solutions, Inc. ("Cornerstone") to file its opposition to the Barrera MSJ is September 6, 2013, and the

current deadline for Barrera to file a reply brief is September 13, 2013;

WHEREAS, CornerStone's consultant has been unable to access the disk drive images provided by Barrera, the review of which is critical to CornerStone's opposition to the Barrera MSJ; and

WHEREAS, counsel for CornerStone and Barrera have agreed that an extension is necessary as to the deadline for CornerStone to file its opposition to the Barrera MSJ;

WHEREFORE, CornerStone and Barrera, by and through their counsel of record, enter into this Stipulation to modify the Barrera MSJ briefing schedule as follows:

1. The deadline for CornerStone to file its opposition to the Barrera MSJ is extended to September 20, 2013; CornerStone's counsel shall provide Barrera's attorneys of record with a courtesy electronic copy of the opposition upon filing; and

2. The deadline for Barrera to file its reply is extended to September 27, 2013.

DATED: August 28, 2013           **HILL, FARRER & BURRILL LLP**

By: _____
NEIL D. MARTIN
Attorneys for Plaintiff/Counter-Defendant
CORNERSTONE STAFFING SOLUTIONS,
INC. and Counter-Defendant MARY
ANDERSON

DATED: August 28, 2013           **WOOD, SMITH, HENNING & BERMAN LLP**

By: _____
SEYMOUR B. EVERETT
STEVE R. DISHAROON
Attorneys for Defendant
MARCOS BARRERA

DATED: August      , 2013        **BURKHARDT & LARSON**

By: _____
PHILIP BURKHARDT
Attorneys for Defendant
MARCOS BARRERA

current deadline for Barrera to file a reply brief is September 13, 2013;

WHEREAS, CornerStone's consultant has been unable to access the disk drive images provided by Barrera, the review of which is critical to CornerStone's opposition to the Barrera MSJ; and

WHEREAS, counsel for CornerStone and Barrera have agreed that an extension is necessary as to the deadline for CornerStone to file its opposition to the Barrera MSJ;

WHEREFORE, CornerStone and Barrera, by and through their counsel of record, enter into this Stipulation to modify the Barrera MSJ briefing schedule as follows:

1. The deadline for CornerStone to file its opposition to the Barrera MSJ is extended to September 20, 2013; CornerStone's counsel shall provide Barrera's attorneys of record with a courtesy electronic copy of the opposition upon filing; and

2. The deadline for Barrera to file its reply is extended to September 27, 2013.

DATED: August 28, 2013                HILL, FARRER & BURRILL LLP

By: _____
NEIL D. MARTIN
Attorneys for Plaintiff/Counter-Defendant
CORNERSTONE STAFFING SOLUTIONS,
INC. and Counter-Defendant MARY
ANDERSON

DATED: August ____, 2013              WOOD, SMITH, HENNING & BERMAN LLP

By: _____
SEYMOUR B. EVERETT
STEVE R. DISHAROON
Attorneys for Defendant
MARCOS BARRERA

DATED: August 28, 2013                BURKHARDT & LARSON

By: _____
PHILIP BURKHARDT
Attorneys for Defendant
MARCOS BARRERA

- 2 -                                 12-CV-01527-RS

STIPULATION TO EXTEND TIME TO RESPOND TO MARCOS BARRERA'S MOTION FOR SUMMARY JUDGMENT

Based upon the above executed Stipulation extending the time for Plaintiff Cornerstone Staffing Solutions, Inc. ("Cornerstone") to respond to the Motion of Defendant Marcos Barrera ("Barrera") for Summary Judgment or, in the Alternative, Partial Summary Judgment [dtk. # 186] (the "Barrera MSJ"), in the above-entitled matter, and for good cause shown, **IT IS ORDERED** as follows:

1. The Stipulation of the parties is **APPROVED**;

2. The deadline for CornerStone to file its opposition to the Barrera MSJ is extended to September 20, 2013;

3. The deadline for Barrera to file any reply to CornerStone's opposition is extended to September 27, 2013;

4. Counsel for CornerStone and Barrera shall provide to all attorneys of record in this matter a courtesy electronic copy of the opposition and reply briefs, respectively, immediately upon the filing of the same.

**IT IS SO ORDERED.**

DATED: 8/29/13

HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

HFB 1290420.1 C7662017

- 3 -

12-CV-01527-RS