IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CORNERSTONE STAFFING SOLUTIONS, INC., a California corporation,

    Plaintiff,

v.

LARRY THAXTER JAMES, an individual, et al.,

    Defendant.

No. C 12-1527 RS

**ORDER REQUESTING FURTHER BRIEFING**

Pending before the Court is plaintiff CornerStone Staffing Solution's motion for partial summary judgment on several of defendant Larry Thaxter James' counterclaims. The parties are instructed to file supplemental briefing addressing James' standing to advance his counterclaims. The supplemental briefs must be filed within thirty days of this order and may not be more than twenty pages in length. To the extent that there is no resolution on ownership of James' counterclaims in the bankruptcy proceeding by that time, the parties can request an extension.

IT IS SO ORDERED.

Dated: 10/21/13

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE