UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNERSTONE STAFFING SOLUTIONS, INC., <br><br> Plaintiff. <br><br> v. <br><br> LARRY THAXTER JAMES, et al., <br><br> Defendants. | Case No. 12-cv-01527-RS (JCS) <br><br> **DISCOVERY ORDER** <br> Re: Dkt. Nos. 225, 226 |

On October 22, 2013, the parties filed two joint letters before the Court, seeking to compel Plaintiff to provide various discovery responses ("Motion"). For the reasons stated on the record at the hearing held on November 1, 2013 ("Hearing"), the Motion is GRANTED in part and DENIED in part as follows: (1) with respect to documents listed in Attachment A to Exhibit 1 of Dkt. No. 225, the Motion is denied for failure to meet and confer in person before filing a joint letter pursuant to the Court's standing orders[1]; (2) with respect to other documents requested in Attachment A of Dkt. No. 225, the request is granted but, if after a reasonably diligent search the documents cannot be located, Plaintiff shall file a declaration detailing all efforts made to locate the missing documents and, if any documents have been destroyed, Plaintiff shall file a declaration detailing how, where, when, and why those documents were destroyed; production of such documents and any declaration shall occur within fourteen days of the date of the Hearing; (3) with respect to documents listed in Exhibits 2, 3 and 4 of Dkt. No. 226 for which the attorney-client privilege is asserted, Plaintiff shall (a) produce all documents except those created during 2009 by November 8, 2013 and (b) prepare a supplementation of the privilege logs sufficient to demonstrate the applicability of the attorney-client privilege to documents created during 2009;

---

[1] *See* Civil Standing Orders for Magistrate Judge Joseph C. Spero ¶ 8.

parties shall meet and confer regarding this supplementation by November 15, 2013; and (4) with respect to documents listed in Exhibits 2, 3 and 4 of Dkt. No. 226 for which the tax return privilege is maintained, Plaintiff shall produce all documents, including correspondence with accountants and financial information given to accountants, within fourteen days of the Hearing; however, Plaintiff need not produce tax returns and correspondence with accountants regarding the preparation of tax returns.

IT IS SO ORDERED.

Dated: November 5, 2013

JOSEPH C. SPERO
United States Magistrate Judge