UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNERSTONE STAFFING SOLUTIONS, INC., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>LARRY THAXTER JAMES, an individual; DAVID R. BATTON, an individual, ANDRE DOUZDJIAN, an individual; MICHAEL SANTOS, an individual; MARCOS BARRERA, an individual; BATTON TECHNICAL ENGINEERING CONSULTANTS, INC., a Michigan corporation; BATTON, INC., a Michigan corporation a/k/a BATTON DIVERSIFIED STAFFING SOLUTIONS; HANBON – CARO I, LLC, a Michigan limited liability company a/k/a CARO I, LLC; HANBON – MI I, LLC, a Michigan limited liability company d/b/a TECHNICAL ENGINEERING CONSULTANTS; HANBON – MI II, INC., a Michigan corporation d/b/a BATTON TECHNICAL ENGINEERING CONSULTANTS; HANBON – MARLETTE, LLC, a Michigan limited liability company a/k/a HANBON – MARLETTE I, LLC; HANBON – PA I, LLC, a Pennsylvania limited liability company; HANBON – CT I, LLC, a Connecticut limited liability company; TEC GROUP, INC., a Michigan corproation d/b/a TEC GROUP also d/ba | CASE NO. 3:12-CV-01527-RS<br><br>*[Assigned to the Hon. Richard Seeborg, judge presiding in Courtroom 3]*<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION TO EXTEND CUT OFF DATES FOR FACT DEPOSITIONS AND EXPERT DEPOSITIONS |

| | |
|---|---|
| TEC-CHRYSLER; DEPLOY HR STAFFING, INC.; DEPLOYHR, INC., a California corporation a/d/b TEC also d/b/a BATTON; and DOES 1-100.<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | Filing Date: March 27, 2012<br>Trial Date: October 28, 2013 |

Pursuant to the Stipulation by and between the Parties to the above-entitled action to extend cut off dates for fact depositions and expert depositions and for Good Cause, the Court orders as follows:

1. All fact depositions shall be completed by December 20, 2013.
2. All expert depositions shall be completed by January 20, 2014.

DATED: 11/8/13

_____
UNITED STATES DISTRICT JUDGE