**HILL, FARRER & BURRILL LLP**
Neil D. Martin (Bar No. 094121)
  Email: nmartin@hillfarrer.com
Clayton J. Hix (Bar No. 236718)
  Email: chix@hillfarrer.com
One California Plaza, 37th Floor
300 South Grand Avenue
Los Angeles, CA 90071-3147
Telephone: (213) 620-0460
Fax: (213) 624-4840

Attorneys for Plaintiff/Counter-Defendant
CornerStone Staffing Solutions, Inc. and
Counter-Defendant Mary Anderson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT—SAN FRANCISCO DIVISION

| | |
|---|---|
| CORNERSTONE STAFFING SOLUTIONS, INC., a California corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>LARRY THAXTER JAMES, an individual; *et al.*,<br><br>  Defendants.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. C12-01527 RS<br>ORDER<br>**STIPULATION TO EXTEND DISCOVERY MOTION FILING DEADLINE**<br><br>[Local Rule 37-3]<br><br>Complaint Filed: March 27, 2012<br>Trial Date: February 10, 2014 |

## STIPULATION

The parties to this stipulation agree as follows:

(1) Local Rule 37-3 provides that discovery motions must be filed no later than 7 days after the discovery cut-off.

(2) Some of the parties have outstanding issues with each other's discovery responses and third-party subpoenas and are engaged in ongoing efforts to resolve them without the need for motion practice. A short extension of the discovery motion cut-off may result in the informal resolution of these issues.

(3) The parties agree to extend the fact discovery motion cut-off to December 20, 2013.

**IT IS SO STIPULATED.**

HILL, FARRER & BURRILL LLP

Dated: 11/25/13        Signed: _____
CLAYTON HIX
Attorneys for CORNERSTONE STAFFING SOLUTIONS, INC. and Counter-Defendant MARY ANDERSON

MARRON LAWYERS

Dated: 11/22/13        Signed: _____
PAUL ARENAS
Attorneys for LARRY JAMES; DAVID R. BATTON; BATTON TECHNICAL ENGINEERING CONSULTANTS, INC.; BATTON, INC.; HANBON -- CARO I, LLC; HANBON -- MI I, LLC; HANBON MI II, INC.; HANBON -- MARLETTE, LLC; HANBON -- PA I, LLC; TEC GROUP, INC.; DEPLOY HR, INC.; DEPLOYHR, INC.

-2-

| | | |
|---|---|---|
| 1 | | WOODS LAW GROUP |
| 2 | Dated: 11/22/13 | Signed: /s/ Briny Woods |
| 3 | | BRINY WOODS |
| 4 | | Attorneys for MICHAEL SANTOS and HANBON – CT I, LLC |
| 5 | | |
| 6 | | BURKHARDT & LARSON |
| 7 | Dated: | Signed: |
| 8 | | PHILIP BURKHARDT<br>Attorneys for MARCOS BARRERA |
| 9 | | |
| 10 | | WOOD, SMITH, HENNING & BERMAN, LLP |
| 11 | | |
| 12 | Dated: | Signed: |
| | | SEYMOUR B. EVERETT<br>Attorneys for MARCOS BARRERA |
| 13 | | |
| 14 | | CARLSON & MESSER LLP |
| 15 | Dated: | Signed: |
| 16 | | CHARLES R. MESSER<br>Attorneys for LARRY JAMES; DAVID R. BATTON; BATTON TECHNICAL ENGINEERING CONSULTANTS, INC.; HANBON MI II, INC.; TEC GROUP, INC.; DEPLOY HR, INC.; DEPLOYHR, INC. |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | ERICKSEN ARBUTHNOT |
| 21 | | |
| 22 | Dated: | Signed: |
| 23 | | MARK KEIFER<br>Attorneys for ANDRE DOUZDJIAN |
| 24 | | |

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147

- 3 -

STIPULATION TO EXTEND DISCOVERY MOTION FILING DEADLINE; AND [PROPOSED] ORDER THEREON

| | |
|---|---|
| 1 | WOODS LAW GROUP |
| 2 | |
| 3 Dated: _____ | Signed: _____<br>BRINY WOODS<br>Attorneys for MICHAEL SANTOS<br>and HANBON – CT I, LLC |
| 4 | |
| 5 | |
| 6 | BURKHARDT & LARSON |
| 7 Dated: 11-22-13 | Signed: _____<br>PHILIP BURKHARDT<br>Attorneys for MARCOS BARRERA |
| 8 | |
| 9 | |
| 10 | WOOD, SMITH, HENNING & BERMAN, LLP |
| 11 | |
| 12 Dated: _____ | Signed: _____<br>SEYMOUR B. EVERETT<br>Attorneys for MARCOS BARRERA |
| 13 | CARLSON & MESSER LLP |
| 14 | |
| 15 Dated: _____ | Signed: _____<br>CHARLES R. MESSER<br>Attorneys for LARRY JAMES;<br>DAVID R. BATTON; BATTON<br>TECHNICAL ENGINEERING<br>CONSULTANTS, INC.; HANBON<br>MI II, INC.; TEC GROUP, INC.;<br>DEPLOY HR, INC.; DEPLOYHR, INC. |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | ERICKSEN ARBUTHNOT |
| 21 | |
| 22 Dated: _____ | Signed: _____<br>MARK KEIFER<br>Attorneys for ANDRE DOUZDJIAN |
| 23 | |

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147

- 3 -
STIPULATION TO EXTEND DISCOVERY MOTION FILING DEADLINE; AND [PROPOSED] ORDER THEREON

| | |
|---|---|
| | WOODS LAW GROUP |
| Dated: _____ | Signed: _____<br>BRINY WOODS<br>Attorneys for MICHAEL SANTOS<br>and HANBON – CT I, LLC |
| | BURKHARDT & LARSON |
| Dated: _____ | Signed: _____<br>PHILIP BURKHARDT<br>Attorneys for MARCOS BARRERA |
| | WOOD, SMITH, HENNING & BERMAN, LLP |
| Dated: 11/22/13 | Signed: _/s/_____ -for-<br>SEYMOUR B. EVERETT<br>Attorneys for MARCOS BARRERA |
| | CARLSON & MESSER LLP |
| Dated: _____ | Signed: _____<br>CHARLES R. MESSER<br>Attorneys for LARRY JAMES;<br>DAVID R. BATTON; BATTON<br>TECHNICAL ENGINEERING<br>CONSULTANTS, INC.; HANBON<br>MI II, INC.; TEC GROUP, INC.;<br>DEPLOY HR, INC.; DEPLOYHR,<br>INC. |
| | ERICKSEN ARBUTHNOT |
| Dated: _____ | Signed: _____<br>MARK KEIFER<br>Attorneys for ANDRE DOUZDJIAN |

STIPULATION TO EXTEND DISCOVERY MOTION FILING DEADLINE; AND [PROPOSED] ORDER THEREON

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147

|   |   |   |
|---|---|---|
|   |   | WOODS LAW GROUP |
| Dated: _____ |   | Signed: _____<br>BRINY WOODS<br>Attorneys for MICHAEL SANTOS<br>and HANBON – CT I, LLC |
|   |   | BURKHARDT & LARSON |
| Dated: _____ |   | Signed: _____<br>PHILIP BURKHARDT<br>Attorneys for MARCOS BARRERA |
|   |   | WOOD, SMITH, HENNING & BERMAN, LLP |
| Dated: _____ |   | Signed: _____<br>SEYMOUR B. EVERETT<br>Attorneys for MARCOS BARRERA |
|   |   | CARLSON & MESSER LLP |
| Dated: [illegible] |   | Signed: _/s/ C. Messer_____<br>CHARLES R. MESSER<br>Attorneys for LARRY JAMES;<br>DAVID R. BATTON; BATTON<br>TECHNICAL ENGINEERING<br>CONSULTANTS, INC.; HANBON<br>MI II, INC.; TEC GROUP, INC.;<br>DEPLOY HR, INC.; DEPLOYHR, INC. |
|   |   | ERICKSEN ARBUTHNOT |
| Dated: _____ |   | Signed: _____<br>MARK KEIFER<br>Attorneys for ANDRE DOUZDJIAN |

- 3 -

STIPULATION TO EXTEND DISCOVERY MOTION FILING DEADLINE; AND [PROPOSED] ORDER THEREON

| | | |
|---|---|---|
| 1 | | WOODS LAW GROUP |
| 2 | Dated: _____ | Signed: _____ |
| 3 | | BRINY WOODS |
| | | Attorneys for MICHAEL SANTOS |
| 4 | | and HANBON – CT I, LLC |
| 5 | | BURKHARDT & LARSON |
| 6 | | |
| 7 | Dated: _____ | Signed: _____ |
| | | PHILIP BURKHARDT |
| 8 | | Attorneys for MARCOS BARRERA |
| 9 | | WOOD, SMITH, HENNING & BERMAN, LLP |
| 10 | | |
| 11 | | Signed: _____ |
| 12 | Dated: _____ | SEYMOUR B. EVERETT |
| | | Attorneys for MARCOS BARRERA |
| 13 | | CARLSON & MESSER LLP |
| 14 | | |
| 15 | Dated: _____ | Signed: _____ |
| | | CHARLES R. MESSER |
| 16 | | Attorneys for LARRY JAMES; DAVID R. BATTON; BATTON |
| 17 | | TECHNICAL ENGINEERING CONSULTANTS, INC.; HANBON |
| 18 | | MI II, INC.; TEC GROUP, INC.; DEPLOY HR, INC.; DEPLOYHR, |
| 19 | | INC. |
| 20 | | ERICKSEN ARBUTHNOT |
| 21 | | |
| 22 | Dated: 11-25-13 | Signed: _____ |
| 23 | | MARK KIEFER |
| | | Attorneys for ANDRE DOUZDJIAN |

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147

- 3 -

STIPULATION TO EXTEND DISCOVERY MOTION FILING DEADLINE; AND [PROPOSED] ORDER THEREON

# [PROPOSED] ORDER

Pursuant to the foregoing stipulation of the Parties, the Court orders as follows:

The deadline to file fact discovery motions is extended to December 20, 2013.

**IT IS SO ORDERED.**

Date: 11/27/13

The Honorable Richard Seeborg
United States District Court