**HILL, FARRER & BURRILL LLP**
Neil D. Martin (Bar No. 094121)
   Email: nmartin@hillfarrer.com
Clayton J. Hix (Bar No. 236718)
   Email: chix@hillfarrer.com
One California Plaza, 37th Floor
300 South Grand Avenue
Los Angeles, CA 90071-3147
Telephone: (213) 620-0460
Fax: (213) 624-4840

Attorneys for Plaintiff/Counter-Defendant
CornerStone Staffing Solutions, Inc. and
Counter-Defendant Mary Anderson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT—SAN FRANCISCO DIVISION

| | |
|---|---|
| CORNERSTONE STAFFING SOLUTIONS, INC., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>LARRY THAXTER JAMES, an individual; *et al.*,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. C12-01527 RS<br>ORDER<br>**STIPULATION TO EXTEND DISCOVERY MOTION FILING DEADLINE**<br><br>[Local Rule 37-3]<br><br>Complaint Filed:  March 27, 2012<br>Trial Date:  February 10, 2014 |

## STIPULATION

The parties to this stipulation agree as follows:

(1) Local Rule 37-3 provides that discovery motions must be filed no later than 7 days after the discovery cut-off.

(2) Some of the parties have outstanding issues with each other's discovery responses and third-party subpoenas and are engaged in ongoing efforts to resolve them without the need for motion practice. A short extension of the discovery motion cut-off may result in the informal resolution of these issues.

(3) The parties agree to extend the fact discovery motion cut-off to December 20, 2013.

**IT IS SO STIPULATED.**

HILL, FARRER & BURRILL LLP

Dated: 11/25/13        Signed: _____
                       CLAYTON HIX
                       Attorneys for CORNERSTONE
                       STAFFING SOLUTIONS, INC. and
                       Counter-Defendant MARY
                       ANDERSON

MARRON LAWYERS

Dated: 11/22/13        Signed: _____
                       PAUL ARENAS
                       Attorneys for LARRY JAMES;
                       DAVID R. BATTON; BATTON
                       TECHNICAL ENGINEERING
                       CONSULTANTS, INC.; BATTON,
                       INC.; HANBON -- CARO I, LLC;
                       HANBON -- MI I, LLC; HANBON
                       MI II, INC.; HANBON --
                       MARLETTE, LLC; HANBON -- PA
                       I, LLC; TEC GROUP, INC.;
                       DEPLOY HR, INC.; DEPLOYHR,
                       INC.

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147

| | | |
|---|---|---|
| 1 | | WOODS LAW GROUP |
| 2 | Dated: 11/22/13 | Signed: _____ |
| 3 | | BRINY WOODS |
| 4 | | Attorneys for MICHAEL SANTOS and HANBON – CT I, LLC |
| 5 | | |
| 6 | | BURKHARDT & LARSON |
| 7 | Dated: _____ | Signed: _____ |
| 8 | | PHILIP BURKHARDT<br>Attorneys for MARCOS BARRERA |
| 9 | | |
| 10 | | WOOD, SMITH, HENNING & BERMAN, LLP |
| 11 | | |
| 12 | Dated: _____ | Signed: _____<br>SEYMOUR B. EVERETT<br>Attorneys for MARCOS BARRERA |
| 13 | | CARLSON & MESSER LLP |
| 14 | | |
| 15 | Dated: _____ | Signed: _____<br>CHARLES R. MESSER |
| 16 | | Attorneys for LARRY JAMES; DAVID R. BATTON; BATTON |
| 17 | | TECHNICAL ENGINEERING CONSULTANTS, INC.; HANBON |
| 18 | | MI II, INC.; TEC GROUP, INC.; DEPLOY HR, INC.; DEPLOYHR, |
| 19 | | INC. |
| 20 | | ERICKSEN ARBUTHNOT |
| 21 | | |
| 22 | Dated: _____ | Signed: _____<br>MARK KEIFER |
| 23 | | Attorneys for ANDRE DOUZDJIAN |

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147

- 3 -

STIPULATION TO EXTEND DISCOVERY MOTION FILING DEADLINE; AND [PROPOSED] ORDER THEREON

|   |   |   |
|---|---|---|
| 1 |   | WOODS LAW GROUP |
| 2 | Dated: _____ | Signed: _____ |
| 3 |   | BRINY WOODS |
|   |   | Attorneys for MICHAEL SANTOS |
| 4 |   | and HANBON – CT I, LLC |
| 5 |   |   |
|   |   | BURKHARDT & LARSON |
| 6 |   |   |
| 7 | Dated: 11-22-13 | Signed: _____ |
|   |   | PHILIP BURKHARDT |
| 8 |   | Attorneys for MARCOS BARRERA |
| 9 |   |   |
| 10 |   | WOOD, SMITH, HENNING & BERMAN, LLP |
| 11 |   |   |
| 12 | Dated: _____ | Signed: _____ |
|   |   | SEYMOUR B. EVERETT |
|   |   | Attorneys for MARCOS BARRERA |
| 13 |   | CARLSON & MESSER LLP |
| 14 |   |   |
| 15 | Dated: _____ | Signed: _____ |
|   |   | CHARLES R. MESSER |
| 16 |   | Attorneys for LARRY JAMES; |
|   |   | DAVID R. BATTON; BATTON |
| 17 |   | TECHNICAL ENGINEERING |
|   |   | CONSULTANTS, INC.; HANBON |
| 18 |   | MI II, INC.; TEC GROUP, INC.; |
|   |   | DEPLOY HR, INC.; DEPLOYHR, |
| 19 |   | INC. |
| 20 |   | ERICKSEN ARBUTHNOT |
| 21 |   |   |
| 22 | Dated: _____ | Signed: _____ |
|   |   | MARK KEIFER |
| 23 |   | Attorneys for ANDRE DOUZDJIAN |

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147

- 3 -

STIPULATION TO EXTEND DISCOVERY MOTION FILING DEADLINE; AND [PROPOSED] ORDER THEREON

|   |   |
|---|---|
| Dated: _____ | WOODS LAW GROUP<br><br>Signed: _____<br>BRINY WOODS<br>Attorneys for MICHAEL SANTOS<br>and HANBON – CT I, LLC |
|   | BURKHARDT & LARSON |
| Dated: _____ | Signed: _____<br>PHILIP BURKHARDT<br>Attorneys for MARCOS BARRERA |
|   | WOOD, SMITH, HENNING & BERMAN, LLP |
| Dated: 11/22/13 | Signed: _____ -for<br>SEYMOUR B. EVERETT<br>Attorneys for MARCOS BARRERA |
|   | CARLSON & MESSER LLP |
| Dated: _____ | Signed: _____<br>CHARLES R. MESSER<br>Attorneys for LARRY JAMES;<br>DAVID R. BATTON; BATTON<br>TECHNICAL ENGINEERING<br>CONSULTANTS, INC.; HANBON<br>MI II, INC.; TEC GROUP, INC.;<br>DEPLOY HR, INC.; DEPLOYHR,<br>INC. |
|   | ERICKSEN ARBUTHNOT |
| Dated: _____ | Signed: _____<br>MARK KEIFER<br>Attorneys for ANDRE DOUZDJIAN |

```
 1                                     WOODS LAW GROUP
 2
     Dated: _____             Signed: _____
 3                                        BRINY WOODS
                                          Attorneys for MICHAEL SANTOS
 4                                        and HANBON – CT I, LLC
 5
                                   BURKHARDT & LARSON
 6
 7   Dated: _____             Signed: _____
                                          PHILIP BURKHARDT
 8                                        Attorneys for MARCOS BARRERA
 9
                                   WOOD, SMITH, HENNING & BERMAN,
10                                 LLP
11
     Dated: _____             Signed: _____
12                                        SEYMOUR B. EVERETT
                                          Attorneys for MARCOS BARRERA
13
                                   CARLSON & MESSER LLP
14
15   Dated: [illegible]           Signed: _____
                                          CHARLES R. MESSER
16                                        Attorneys for LARRY JAMES;
                                          DAVID R. BATTON; BATTON
17                                        TECHNICAL ENGINEERING
                                          CONSULTANTS, INC.; HANBON
18                                        MI II, INC.; TEC GROUP, INC.;
                                          DEPLOY HR, INC.; DEPLOYHR,
19                                        INC.
20                                 ERICKSEN ARBUTHNOT
21
22   Dated: _____             Signed: _____
                                          MARK KEIFER
23                                        Attorneys for ANDRE DOUZDJIAN
24
25
26
27
28
                                    - 3 -
     STIPULATION TO EXTEND DISCOVERY MOTION FILING DEADLINE; AND [PROPOSED] ORDER THEREON
```

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147

|    |                    |                                                                                                                          |
|----|--------------------|--------------------------------------------------------------------------------------------------------------------------|
| 1  |                    | WOODS LAW GROUP                                                                                                          |
| 2  | Dated: _____     | Signed: _____                                                                                         |
| 3  |                    | BRINY WOODS<br>Attorneys for MICHAEL SANTOS                                                                              |
| 4  |                    | and HANBON – CT I, LLC                                                                                                   |
| 5  |                    | BURKHARDT & LARSON                                                                                                       |
| 6  |                    |                                                                                                                          |
| 7  | Dated: _____     | Signed: _____<br>PHILIP BURKHARDT                                                                     |
| 8  |                    | Attorneys for MARCOS BARRERA                                                                                             |
| 9  |                    | WOOD, SMITH, HENNING & BERMAN, LLP                                                                                       |
| 10 |                    |                                                                                                                          |
| 11 | Dated: _____     | Signed: _____<br>SEYMOUR B. EVERETT                                                                   |
| 12 |                    | Attorneys for MARCOS BARRERA                                                                                             |
| 13 |                    | CARLSON & MESSER LLP                                                                                                     |
| 14 |                    |                                                                                                                          |
| 15 | Dated: _____     | Signed: _____<br>CHARLES R. MESSER                                                                    |
| 16 |                    | Attorneys for LARRY JAMES;<br>DAVID R. BATTON; BATTON                                                                    |
| 17 |                    | TECHNICAL ENGINEERING<br>CONSULTANTS, INC.; HANBON                                                                       |
| 18 |                    | MI II, INC.; TEC GROUP, INC.;<br>DEPLOY HR, INC.; DEPLOYHR,                                                              |
| 19 |                    | INC.                                                                                                                     |
| 20 |                    | ERICKSEN ARBUTHNOT                                                                                                       |
| 21 |                    |                                                                                                                          |
| 22 | Dated: 11-25-13    | Signed: _____                                                                                         |
| 23 |                    | MARK KIEFER<br>Attorneys for ANDRE DOUZDJIAN                                                                             |
| 24 |                    |                                                                                                                          |

- 3 -
STIPULATION TO EXTEND DISCOVERY MOTION FILING DEADLINE; AND [PROPOSED] ORDER THEREON

## [PROPOSED] ORDER

Pursuant to the foregoing stipulation of the Parties, the Court orders as follows:

The deadline to file fact discovery motions is extended to December 20, 2013.

**IT IS SO ORDERED.**

Date: 11/27/13

_____
The Honorable Richard Seeborg
United States District Court