UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNERSTONE STAFFING SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> LARRY THAXTER JAMES, et al., <br><br> Defendants. | Case No. 12-cv-01527-RS (JCS) <br><br> **ORDER GRANTING MOTION TO COMPEL** <br><br> Re: Dkt. No. 246 |

Plaintiff Cornerstone Staffing Solutions, Inc. ("Plaintiff") and Defendant Doudzjian ("Defendant") filed a joint letter dated November 27, 2013 (but filed on December 3, 2013) by which Defendant seeks to compel substantive answers to its interrogatories nos. 3-4, and 7-12. Plaintiff argues that these interrogatories relate to the claims against a different defendant (who has already used up his 25 interrogatories) and therefore are improper. Rule 26 allows parties to obtain discovery "regarding any non-privileged matter that is relevant to *any* party's claim or defense. . . ." Fed. R. Civ. P. 26(b)(1) (emphasis added). It is therefore proper for one party to propound interrogatories about the claims against another party. It also makes sense: part of litigating (and settling) as case is based on an evaluation of the claims against co-defendants. Moreover, where, as here, one defendant choses to use some of its limited interrogatories to ask about the case against a co-defendant, the plaintiff gets a benefit: the asking defendant has fewer interrogatories left to use.

Accordingly, the Motion is **GRANTED**. Plaintiff shall fully answer interrogatories 3-4 and 7-12 within ten (10) days of the date of this Order.

1 **IT IS SO ORDERED**.

2 Dated: December 4, 2013

3 _____
4 JOSEPH C. SPERO
United States Magistrate Judge