**HILL, FARRER & BURRILL LLP**
Neil D. Martin (Bar No. 094121)
    Email: nmartin@hillfarrer.com
Clayton J. Hix (Bar No. 236718)
    Email: chix@hillfarrer.com
One California Plaza, 37th Floor
300 South Grand Avenue
Los Angeles, CA  90071-3147
Telephone:  (213) 620-0460
Fax:  (213) 624-4840

Attorneys for Plaintiff/Counter-Defendant
CornerStone Staffing Solutions, Inc. and
Counter-Defendant Mary Anderson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT—SAN FRANCISCO DIVISION

| | |
|---|---|
| CORNERSTONE STAFFING SOLUTIONS, INC., a California corporation,<br><br>            Plaintiff,<br><br>      vs.<br><br>LARRY THAXTER JAMES, an individual; *et al*.,<br><br>            Defendants.<br>_____<br>AND RELATED COUNTERCLAIMS | CASE NO.  C12-01527 RS<br><br>**STIPULATION TO CONTINUE TRIAL DATE AND DISCOVERY DEADLINES; [PROPOSED] ORDER**<br><br>**AS MODIFIED BY THE COURT**<br><br><br>Complaint Filed:  March 27, 2012<br>Trial Date:          February 10, 2014 |

**STIPULATION**

The parties to this stipulation agree and request as follows:

1. As explained below, there are several issues between the parties related to pending bankruptcy proceedings and discovery matters that the parties believe require a trial continuance and extension of various discovery and other deadlines.

Procedural Issues

2. The Court set February 10, 2014 as the date for trial in this matter. (Docket # 164.) On June 21, 2013, there was a previous modification of the Case Management Scheduling Order to continue the trial date pursuant to the parties' stipulation. (Docket # 164.)

Bankruptcy Issues

3. The Court postponed ruling on CornerStone's motion for partial summary judgment ("MSJ") pending further briefing on the issue of Larry James' standing to pursue claims in this action as a result of the pending bankruptcy proceedings. (Docket # 224.)

4. On November 19, 2013, the Court granted a request to extend the deadline to file supplemental briefs to January 20, 2014. (Docket # 242.) The Court indicated in its ruling that the parties could request a further extension of time to file supplemental briefs "[t]o the extent there is no resolution on ownership of James' counterclaims in the bankruptcy proceedings by that time." (*Id.*)

5. On December 11, 2013, the Bankruptcy Court approved the bankruptcy trustee's request to sell Mr. James' bankruptcy estate by auction "as is" in a quitclaim sale. The auction is to take place within the next 30 days. A tentative auction date is set for January 13, 2014. Once the auction takes place there will be additional proceedings leading to the Bankruptcy Court's approval of

the sale, a process that is expected to take no less than 14 days.  The Bankruptcy Court has deferred to Judge Seeborg any decision regarding the scope of the "as is" sale or its impact on this case, if any.

MSJ & Settlement Issues

6. The issue of Mr. James' pre-petition interest in his counterclaims is causing the delay of the Court's ruling on the MSJ.  Without a ruling on the MSJ, the parties are unclear as to what rights Mr. James may have with respect to his counterclaims, if any.  The parties cannot adequately prepare for trial without resolving this fundamental issue.  The supplemental briefs are currently due January 20, 2014.  Another hearing may be necessary, which is likely to occur near or after the current trial date of February 10, 2014.  Based on that schedule there will be inadequate time for counsel to adjust their trial preparation.  The Court has already acknowledged that this will be a complex and difficult case to try.  Preparing for a trial with an uncertain scope will compound that concern and is likely to result in an inefficient use of time and resources.

7. The unresolved MSJ has prevented meaningful settlement discussions.  On December 3, 2013, a telephone conference was held with Judge Vadas to discuss scheduling a second settlement conference.  Judge Vadas agreed that settlement discussions will be far more productive after the MSJ is resolved.  Judge Vadas agreed to conduct a second settlement conference on the condition the parties obtain leave to continue the date for settlement conference completion.  We are informed and believe that the current settlement conference completion date is December 23, 2013.

8. The parties suggest holding a status conference with the Court either telephonically or in person in conjunction with the settlement conference completion date so that the parties can report on progress and address any other scheduling issues that may arise.

STIPULATION TO CONTINUE TRIAL & EXTEND DISCOVERY DEADLINES; [PROPOSED] ORDER THEREON

Discovery Issues

9. In addition to the primary concerns stated above, the parties are diligently striving to complete all remaining discovery in this matter. Some discovery issues remain, including the completion of some fact depositions and expert discovery, disputes regarding document production, disputes regarding third-party subpoenas, the availability of witnesses, and other issues. The resolution of these issues is not expect to be completed before late-January of 2014.

Conclusion

10. For the foregoing reasons the parties agree to the following extensions of time:

| **Event** | **Current Date** | **Proposed New Date** |
|---|---|---|
| Discovery Motion Cut-Off | December 20, 2013 | March 3, 2014 |
| Fact Deposition Cut-Off | December 20, 2014 | January 24, 2014 (only as to the depositions of Mary Anderson, Larry James, Luke Goetz, Andre Douzdjian, Nora Schild, and Daryl Dittmer) |
| Settlement Conference Completion and Telephonic Status Conference | December 23, 2013 | March 27, 2014 |
| Deadline to File Supplemental Briefs Re: | January 20, 2013 | February 17, 2014 |

- 4 -

STIPULATION TO CONTINUE TRIAL & EXTEND DISCOVERY DEADLINES; [PROPOSED] ORDER THEREON

| | | |
|---|---|---|
| CornerStone MSJ | | |
| Expert Discovery Cut-Off | January 20, 2014 | March 28, 2014 |
| Deadline to File Joint Pre-Trial Statement | January 23, 2014 | May 1, 2014 |
| Final Pre-Trial Conference | January 30, 2014 | ~~May 8, 2014 (or as soon thereafter as the Court's schedule allows)~~ |
| Trial | February 10, 2014 | ~~May 19, 2014 (or as soon thereafter as the Court's schedule allows)~~ |

**IT IS SO STIPULATED.**

HILL, FARRER & BURRILL LLP

Dated: _____                Signed: _____
                                 CLAYTON HIX
                                 Attorneys for CORNERSTONE
                                 STAFFING SOLUTIONS, INC. and
                                 Counter-Defendant MARY
                                 ANDERSON


MARRON LAWYERS

Dated: _____                Signed: _____
                                 PAUL ARENAS
                                 Attorneys for LARRY JAMES;
                                 DAVID R. BATTON; BATTON
                                 TECHNICAL ENGINEERING
                                 CONSULTANTS, INC.; BATTON,
                                 INC.; HANBON -- CARO I, LLC;
                                 HANBON -- MI I, LLC; HANBON
                                 MI II, INC.; HANBON --
                                 MARLETTE, LLC; HANBON -- PA
                                 I, LLC; TEC GROUP, INC.;
                                 DEPLOY HR, INC.; DEPLOYHR,
                                 INC.

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147

WOODS LAW GROUP

Dated: _____   Signed: _____
                          BRINY WOODS
                          Attorneys for MICHAEL SANTOS
                          and HANBON – CT I, LLC

BURKHARDT & LARSON

Dated: _____   Signed: _____
                          PHILIP BURKHARDT
                          Attorneys for MARCOS BARRERA

WOOD, SMITH, HENNING & BERMAN, LLP

Dated: _____   Signed: _____
                          SEYMOUR B. EVERETT
                          Attorneys for MARCOS BARRERA

CARLSON & MESSER LLP

Dated: _____   Signed: _____
                          CHARLES R. MESSER
                          Attorneys for LARRY JAMES;
                          DAVID R. BATTON; BATTON
                          TECHNICAL ENGINEERING
                          CONSULTANTS, INC.; HANBON
                          MI II, INC.; TEC GROUP, INC.;
                          DEPLOY HR, INC.; DEPLOYHR,
                          INC.

ERICKSEN ARBUTHNOT

Dated: _____   Signed: _____
                          MARK KEIFER
                          Attorneys for ANDRE DOUZDJIAN

**HILL, FARRER & BURRILL LLP**
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147

## [~~PROPOSED~~] ORDER

Pursuant to the foregoing stipulation of the Parties and good cause appearing therefore, the Court orders as follows:

| Event | Previous Date | New Date |
|---|---|---|
| Discovery Motion Cut-Off | December 20, 2013 | March 3, 2014 |
| Fact Deposition Cut-Off | December 20, 2014 | January 24, 2014 (only as to the depositions of Mary Anderson, Larry James, Luke Goetz, Andre Douzdjian, Nora Schild, and Darrel Dittmer) |
| Settlement Conference Completion Date and Telephonic Status Conference | December 23, 2013 | March 27, 2014 |
| Deadline to File Supplemental Briefs Re: CornerStone MSJ | January 20, 2013 | February 17, 2014 |
| Expert Discovery Cut-Off | January 20, 2014 | March 28, 2014 |
| Final Pre-Trial Conference | January 30, 2014 | May 15, 2014<br>Courtroom 3<br>1:30 p.m. |

|  |  |  |
|---|---|---|
| Trial | February 10, 2014 | May 27, 2014<br>Courtroom 3<br>9:00 a.m. |
|  |  |  |

**IT IS SO ORDERED.**

Date:  12/19/13

_____
HON. RICHARD SEEBORG
US DISTRICT COURT JUDGE

HFB 1370024.1 C7662017

STIPULATION TO CONTINUE TRIAL & EXTEND DISCOVERY DEADLINES; [PROPOSED] ORDER THEREON

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147