**HILL, FARRER & BURRILL LLP**
Neil D. Martin (Bar No. 094121)
　Email: nmartin@hillfarrer.com
Clayton J. Hix (Bar No. 236718)
　Email: chix@hillfarrer.com
One California Plaza, 37th Floor
300 South Grand Avenue
Los Angeles, CA  90071-3147
Telephone:  (213) 620-0460
Fax:  (213) 624-4840

Attorneys for Plaintiff/Counter-Defendant
CornerStone Staffing Solutions, Inc. and
Counter-Defendant Mary Anderson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT—SAN FRANCISCO DIVISION

| | |
|---|---|
| CORNERSTONE STAFFING SOLUTIONS, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LARRY THAXTER JAMES, an individual; *et al*.,<br><br>　　　　Defendants.<br>_____<br>AND RELATED COUNTERCLAIMS | CASE NO.  C12-01527 RS<br>ORDER<br>**STIPULATION FOR ONE DAY EXTENSTION TO FILE SUPPLEMENTAL BRIEFS**<br><br>Complaint Filed: 　March 27, 2012<br>Trial Date: 　　　　May 27, 2014 |

# **STIPULATION**

The parties to this stipulation agree as follows:

(1) On October 21, 2013, the Court ordered counsel for CornerStone and James to submit supplemental briefs on the issue of James' standing to pursue his counterclaims. (Docket #224.)

(2) On December 19, 2013, the Court extended the time to file supplemental briefs to Feburary 17, 2014. (Docket #254, p. 7.)

(3) February 17, 2014 is a holiday; courts and counsels' offices are closed.

(4) The parties agree to extend the deadline to submit supplemental briefs one day to February 18, 2014.

**IT IS SO STIPULATED.**

HILL, FARRER & BURRILL LLP

Dated: _____  Signed: _____
            NEIL MARTIN
            CLAYTON HIX
            Attorneys for CORNERSTONE
            STAFFING SOLUTIONS, INC. and
            Counter-Defendant MARY
            ANDERSON

MARRON LAWYERS

Dated: _____  Signed: _____
            PAUL MARRON
            MARK POLLAND
            Attorneys for LARRY JAMES;
            DAVID R. BATTON; BATTON
            TECHNICAL ENGINEERING
            CONSULTANTS, INC.; BATTON,
            INC.; HANBON -- CARO I, LLC;
            HANBON -- MI I, LLC; HANBON
            MI II, INC.; HANBON --
            MARLETTE, LLC; HANBON -- PA
            I, LLC; TEC GROUP, INC.;
            DEPLOY HR, INC.; DEPLOYHR,
            INC.

STIPULATION FOR ONE DAY EXTENSION TO FILE SUPPLEMENTAL BRIEFS; [PROPOSED] ORDER THEREON

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147

# [~~PROPOSED~~] ORDER

Pursuant to the foregoing stipulation of the Parties, the Court orders as follows:

The deadline to file supplemental briefs is extended one day to February 18, 2014.

**IT IS SO ORDERED.**

Date: 2/7/14

_____
The Honorable Richard Seeborg
United States District Court

**HILL, FARRER & BURRILL LLP**
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147

HFB 1385449.1 C7662017

- 3 -