**HILL, FARRER & BURRILL LLP**
Neil D. Martin (Bar No. 094121)
  Email: nmartin@hillfarrer.com
Clayton J. Hix (Bar No. 236718)
  Email: chix@hillfarrer.com
One California Plaza, 37th Floor
300 South Grand Avenue
Los Angeles, CA  90071-3147
Telephone:  (213) 620-0460
Fax:  (213) 624-4840

Attorneys for Plaintiff/Counter-Defendant
CornerStone Staffing Solutions, Inc. and
Counter-Defendant Mary Anderson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT—SAN FRANCISCO DIVISION

| | |
|---|---|
| CORNERSTONE STAFFING SOLUTIONS, INC., a California corporation,<br><br>              Plaintiff,<br><br>     vs.<br><br>LARRY THAXTER JAMES, an individual; *et al*.,<br><br>              Defendants.<br>_____<br>AND RELATED COUNTERCLAIMS | CASE NO.  C12-01527 RS<br><br>**STIPULATION TO DISMISS DEFENDANT MICHAEL SANTOS WITHOUT PREJUDICE; [~~PROPOSED~~] ORDER**<br><br>Complaint Filed:  March 27, 2012<br>Trial Date:           May 27, 2014 |

# STIPULATION

Plaintiff CornerStone Staffing Solutions, Inc. ("CornerStone") and Defendant Michael Santos ("Santos"), by and through their counsel of record, hereby stipulate as follows:

(1) In order to avoid the uncertainty associated with protracted litigation, the expense associated therewith, and in order to settle their differences, CornerStone and Santos have agreed to a settlement with each other.

(2) CornerStone and Santos agree that Santos shall be dismissed from the entire action without prejudice, with these respective parties to each bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

HILL, FARRER & BURRILL LLP

Dated: May ___ , 2014       Signed: _____
                                    NEIL MARTIN
                                    CLAYTON HIX
                                    Attorneys for CORNERSTONE
                                    STAFFING SOLUTIONS, INC. and
                                    Counter-Defendant MARY
                                    ANDERSON

WOODS LAW GROUP

Dated: May ___ , 2014       Signed: _____
                                    BRINY WOODS
                                    Attorneys for MICHAEL SANTOS

STIPULATION TO DISMISS DEFENDANT MICHAEL SANTOS WITHOUT PREJUDICE

**HILL, FARRER & BURRILL LLP**
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147

# [~~PROPOSED~~] ORDER

Pursuant to the foregoing stipulation of the Parties, the Court orders as follows:

Defendant Michael Santos is hereby dismissed from the entire action without prejudice, with CornerStone and Santos to each bear their own respective attorneys' fees and costs.

**IT IS SO ORDERED.**

Date: 5/13/14

_____
The Honorable Richard Seeborg
United States District Court

HFB 1416484.1 C7662017