AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern **District of** California

CORNERSTONE STAFFING SOLUTIONS, INC., a California Corporation,
Plaintiff(s),

V.

LARRY THAXTER JAMES an individual, et al.
Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:12-cv-01527-RS

Notice is hereby given that, subject to approval by the court, Larry Thaxter James, Deploy HR, Inc., DeployHR, Inc., Hanbon MI I, LLC, Hanbon MI II, Inc., TEC Group, Inc., Hanbon Caro, LLC, Hanbon Marlette, LLC, and Hanbon PA I, LLC. substitutes
(Party(s) Name)

Scott H. McNutt, State Bar No. 104696 as counsel of record in
(Name of New Attorney)

place of Paul J. Marron and Marron Lawyers
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: McNutt Law Group LLP
Address: 219 9th St., San Francisco, CA 94103
Telephone: (415) 995-8475     Facsimile (415) 995-8487
E-Mail (Optional): smcnutt@ml-sf.com

I consent to the above substitution.
Date: 11/21/14
(Signature of Party(s))

I consent to being substituted.
Date: 11/20/2014
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 11/21/2014
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 11/26/14
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]