AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | District of | California |

CORNERSTONE STAFFING SOLUTIONS, INC., a California Corporation,     Plaintiff(s),

V.

LARRY THAXTER JAMES an individual, et al.     Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:12-cv-01527-RS

Notice is hereby given that, subject to approval by the court, Larry Thaxter James, Deploy HR, Inc., DeployHR, Inc., Hanbon MI I, LLC, Hanbon MI II, Inc., TEC Group, Inc., Hanbon Caro, LLC, Hanbon Marietta, LLC, and Hanbon PA I, LLC, substitutes
(Party (s) Name)

David C. Scheper , State Bar No. 120174 as counsel of record in
(Name of New Attorney)

place of   Charles Robert Messer
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Scheper Kim & Harris LLP
Address: 601 W. Fifth Street, 12th Floor, Los Angeles, California 90071
Telephone: (213) 613-4655     Facsimile (213) 613-4656
E-Mail (Optional): dscheper@scheperkim.com

I consent to the above substitution.
Date: 2-5-15

(Signature of Party (s))

I consent to being substituted.
Date: 2/6/15

(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 2-5-15

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 2/11/2015

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]