AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

**Northern** District of **California**

| | |
|---|---|
| CORNERSTONE STAFFING SOLUTIONS, INC., a California Corporation, Plaintiff(s), V. LARRY THAXTER JAMES an individual, et al. Defendant(s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** CASE NUMBER: 3:12-cv-01527-RS |

Notice is hereby given that, subject to approval by the court, Larry Thaxter James, Deploy HR, Inc., DeployHR, Inc., Hanbon MI I, LLC, Hanbon MI II, Inc., TEC Group, Inc., Hanbon Caro, LLC, Hanbon Marlette, LLC, and Hanbon PA I, LLC. substitutes (Party (s) Name)

**David C. Scheper** (Name of New Attorney), State Bar No. **120174** as counsel of record in

place of **Scott H. McNutt** (Name of Attorney(s) Withdrawing Appearance).

Contact information for new counsel is as follows:

- Firm Name: Scheper Kim & Harris LLP
- Address: 601 W. Fifth Street, 12th Floor, Los Angeles, California 90071
- Telephone: (213) 613-4655     Facsimile: (213) 613-4656
- E-Mail (Optional): dscheper@scheperkim.com

I consent to the above substitution.
Date: 2-5-15
(Signature of Party (s))

I consent to being substituted.
Date: 2/5/15
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 2-5-15
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 2/11/2015
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]