AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

| | |
|---|---|
| CORNERSTONE STAFFING SOLUTIONS, INC., a California Corporation,   Plaintiff(s), <br> V. <br> LARRY THAXTER JAMES an individual, et al.,   Defendant(s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** <br><br> CASE NUMBER: 3:12-cv-01527-RS |

Notice is hereby given that, subject to approval by the court, __Larry Thaxter James, Deploy HR, Inc., DeployHR, Inc., Hanbon MI I, LLC, Hanbon MI II, Inc., TEC Group, Inc., Hanbon Caro, LLC, Hanbon Marlette, LLC, and Hanbon PA I, LLC.__ substitutes
(Party(s) Name)

__William H. Forman__, State Bar No. __150477__ as counsel of record in
(Name of New Attorney)

place of __Scott H. McNutt__.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Scheper Kim & Harris LLP
Address: 601 W. Fifth Street, 12th Floor, Los Angeles, California 90071
Telephone: (213) 613-4655       Facsimile (213) 613-4656
E-Mail (Optional): wforman@scheperkim.com

I consent to the above substitution.
Date: 2-5-15
_____
(Signature of Party(s))

I consent to being substituted.
Date: 2/5/15
_____
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 2-5-15
_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 2/11/2015
_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]