UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CORNERSTONE STAFFING SOLUTIONS, INC.,

Plaintiff,

v.

LARRY THAXTER JAMES, et al.,

Defendants.

Case No. 12-cv-01527-RS

**CASE MANAGEMENT SCHEDULING ORDER**

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on February 19, 2015. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1. PRETRIAL CONFERENCE.

The final pretrial conference is hereby rescheduled. The final pretrial conference will be held on **August 21, 2015 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. Each party or lead counsel who will try the case shall attend personally.

2. TRIAL DATE.

The trial is hereby rescheduled. A jury trial shall commence on **August 31, 2015 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED**.

Dated: February 19, 2015

_____
RICHARD SEEBORG
United States District Judge