AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Cornerstone Staffing Solutions, Inc.
     Plaintiff (s),
V.
Larry Thaxter James, et al.
     Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:12-cv-01527-RS

Notice is hereby given that, subject to approval by the court, __Hanbon - CT I, LLC__ substitutes
(Party (s) Name)

__William C. Morison__, State Bar No. __99981__ as counsel of record in
(Name of New Attorney)

place of __Briny Adams Woods__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

 Firm Name: MORISON & PROUGH, LLP
 Address: 2540 Camino Diablo, Suite 100, Walnut Creek, CA 94597
 Telephone: (925) 937-9990  Facsimile (925) 937-3272
 E-Mail (Optional): wcm@morisonprough.com

I consent to the above substitution.
Date: 5/11/2015

  Hanbon - CT I, LLC
  (Signature of Party (s))

I consent to being substituted.
Date: 5/11/2015

  Briny Adams Woods
  (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 5-11-15

  (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 5/13/15

  Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]