**HILL, FARRER & BURRILL LLP**
Neil D. Martin (Bar No. 094121)
　　Email: nmartin@hillfarrer.com
Clayton J. Hix (Bar No. 236718)
　　Email: chix@hillfarrer.com
One California Plaza, 37th Floor
300 South Grand Avenue
Los Angeles, CA 90071-3147
Telephone: (213) 620-0460
Fax: (213) 624-4840

Attorneys for Plaintiff/Counter-Defendant
CornerStone Staffing Solutions, Inc. and
Counter-Defendant Mary Anderson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNERSTONE STAFFING SOLUTIONS, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LARRY THAXTER JAMES, an individual; *et al*.,<br><br>　　　　Defendants.<br>_____<br>AND RELATED COUNTER-CLAIMS | CASE NO. C12-01527 RS<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE;** ~~[PROPOSED]~~ **ORDER** |

1   Plaintiff/Counter-Defendant CORNERSTONE STAFFING SOLUTIONS,
2   INC. ("CornerStone") and Defendants/Counter-Claimants LARRY THAXTER
3   JAMES, DEPLOY HR, INC., HANBON-MI II, INC., and HANBON-CT I, LLC
4   ("Counterclaimants"), by and through their counsel of record, hereby stipulate as
5   follows:

(1)   In order to avoid the uncertainty associated with protracted litigation, the expense associated therewith, and in order to settle their differences, CornerStone and Counterclaimants have agreed to a settlement with each other.

(2)   CornerStone agrees to dismiss the entire complaint with prejudice, except for its claims against Defendant Larry James, which are the subject of a separate stipulation and judgment being filed concurrently herewith.  The defendants dismissed with prejudice are David R. Batton, Andre Douzdjian, Marcos Barrera, Batton Technical Engineering Consultants, Inc., Batton, Inc., Hanbon-Caro I, LLC, Hanbon-MI I, LLC, Hanbon-MI II, Inc., Hanbon-Marlette I, LLC, Hanbon-PA I, LLC, Hanbon-CT I, LLC, TEC Group, Inc., DeployHR, Inc., Deploy HR, Inc.

(3)   Counterclaimants agree to dismiss all counterclaims in their entirety with prejudice—i.e., all claims against CornerStone Staffing Solutions, Inc. and Mary Anderson.

(4)   The recovery of fees and costs is being addressed in separate settlement documents.

**IT IS SO STIPULATED.**

STIPULATION RE: DISMISSAL; [PROPOSED] ORDER

00053066-1

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147

DATED: August 21, 2015                HILL, FARRER & BURRILL LLP

By: */s/ Clayton Hix*
CLAYTON J. HIX
Attorneys for Plaintiff/Counter-Defendant CORNERSTONE STAFFING SOLUTIONS, INC.; and Counter-Defendant MARY ANDERSON

DATED: August 21, 2015                SCHEPER, KIM & HARRIS, LLP

By: */s/ David Scheper*
DAVID SCHEPER
Attorneys for Defendant/Counter-Claimant LARRY JAMES and Defendants DEPLOY HR, INC.; DEPLOYHR, INC.; HANBON MI I, LLC; HANBON MI II, INC.; TEC GROUP, INC.; HANBON-CARO, LLC; HANBON-MARLETTE, LLC; HANBON-PA I LLLC

DATED: August 21, 2015                MORISON & PROUGH, LLP

By: */s/ William Morison*
WILLIAM C. MORISON
Attorneys for Defendant/Counterclaimant HANBON-CT I, LLC

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147

- 3 -

STIPULATION RE: DISMISSAL; [PROPOSED] ORDER

00053066-1

# [~~PROPOSED~~] ORDER

Pursuant to the foregoing stipulation of the Parties, the Court orders as follows:

(1)  The entire complaint is dismissed with prejudice, except for CornerStone's claims against Defendant Larry James, which are the subject of a separate stipulation and judgment.  Specifically, the following defendants are dismissed with prejudice:  David R. Batton, Andre Douzdjian, Marcos Barrera, Batton Technical Engineering Consultants, Inc., Batton, Inc., Hanbon-Caro I, LLC, Hanbon-MI I, LLC, Hanbon-MI II, Inc., Hanbon-Marlette I, LLC, Hanbon-PA I, LLC, Hanbon-CT I, LLC, TEC Group, Inc., DeployHR, Inc., and Deploy HR, Inc.

(2)  All counterclaims are dismissed with prejudice—i.e., all claims against CornerStone Staffing Solutions, Inc. and Mary Anderson.

**IT IS SO ORDERED.**

Date: 8/21/15

_____
HON. RICHARD SEEBORG
U.S. DIST. COURT JUDGE

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147

HFB 1565395.1 C7662017