UNITED STATES DISTRICT COURT

NORTHERN DISTRICT—SAN FRANCISCO DIVISION

| | |
|---|---|
| CORNERSTONE STAFFING SOLUTIONS, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LARRY THAXTER JAMES, an individual; *et al.*,<br><br>　　　　　Defendants.<br>_____<br>AND RELATED COUNTER-CLAIMS | CASE NO. C12-01527 RS<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION FOR ORDER DIRECTING THE RELEASE OF FUNDS POSTED AS SECURITY**<br><br>**AS MODIFIED BY COURT**<br><br>Complaint Filed:　　March 27, 2012 |

The funds on deposit with the Clerk of the Court pursuant to this Court's Order of April 9, 2012, in the sum of $100,000 plus accrued interest, less the registry fee, shall be returned to CornerStone Staffing Inc. via check sent to its counsel Neil Martin of Hill Farrer & Burrill LLP. 300 S Grand Ave., 37th Floor, Los Angeles, CA 90071.

1  IT IS SO ORDERED

3  Dated: November 2, 2016

_____
Richard Seeborg
United States District Court Judge

**HILL, FARRER & BURRILL LLP**
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147

- 2 -   C12-01527 RS

ORDER GRANTING PLAINTIFF'S APPLICATION FOR ORDER DIRECTING THE RELEASE OF FUNDS POSTED AS SECURITY